# Court of Appeals
# of the State of Georgia

ATLANTA, June 08, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1673.  CITY OF AUGUSTA v. GEORGIA DEPARTMENT OF PUBLIC
   HEALTH.**

In this direct appeal, the City of Augusta seeks review of the superior court's order affirming an administrative decision of the Georgia Department of Public Health.  The trial court's order, however, is not subject to direct appeal.

Pursuant to OCGA § 5-6-35 (a) (1), appeals from orders of superior courts reviewing decisions of state administrative agencies must be initiated by filing an application for discretionary review.  See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000).  The City's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   06/08/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


_____ *, Clerk.*